1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIZZLE CITY CORP., ET AL,, <br><br> Defendants. | Case no. 2:23-cv-06817-JAK (RAOx) <br><br> **JUDGMENT** <br><br> JS-6 CASE CLOSED |

IT IS HEREBY ORDERED THAT:

1. Judgment is hereby entered against Defendant Sizzle City Corp. for copyright infringement;

2. Defendant Sizzle City Corp. shall pay Plaintiff Universal Dyeing & Printing, Inc. $30,000 in damages, with interest as prescribed by statute;

3. Defendant Sizzle City Corp. shall pay Plaintiff Universal Dyeing & Printing, Inc. $2,400.00 in attorney's fees;

4. Defendant Sizzle City Corp. shall pay Plaintiff Universal Dyeing & Printing, Inc.'s approved costs pursuant to Fed. R. Civ. P. 54(d) and Civil L.R. 54.

**IT IS SO ORDERED.**

Dated: March 10, 2025

_____
John A. Kronstadt
United States District Judge